440 A.2d 1252

Commonwealth v. Kane, Appellant.

Submitted March 2, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.